IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                    No. 2:16-CR-20015

WILLIAM JACKSON MOATES, JR.                                          DEFENDANT

## **ORDER**

The Court has received a report and recommendations (Doc. 58) from United States Magistrate Judge Mark E. Ford. The Defendant has filed objections. (Doc. 59). The Magistrate recommends that the Court deny Defendant's motion to vacate. The Court has conducted de novo review, not only of those portions of the report and recommendations to which Defendant has specifically objected, 28 U.S.C. § 636(b)(1), but of the entire report and recommendations. Neither law nor fact requires departure from the Magistrate's findings, and the report and recommendations is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion to vacate (Doc. 42) and amended motion to vacate (Doc. 46) are DENIED. No certificate of appealability shall issue.

IT IS SO ORDERED this 14th day of February, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE