UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                            No. 2:16-CR-20015

WILLIAM JACKSON MOATES, JR.                                                    DEFENDANT

## ORDER

The Court has received reports and recommendations (Docs. 72 and 75) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court deny Defendant's motions for leave to appeal in forma pauperis. The Court has conducted careful review of this case. The reports and recommendations are proper, contain no clear error, and are ADOPTED IN THEIR ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motions for leave to appeal in forma pauperis (Docs. 71 and 74) are DENIED.

IT IS SO ORDERED this 8th day of July, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE